UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF TURNBAUGH,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 17-cv-02844-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 19

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: January 7, 2019

WILLIAM H. ORRICK
United States District Judge